your honor good morning and may it please the court jason zero for david dubin i'd like to reserve five minutes for rebuttal the aggravated identity theft statute requires a two-year prison sentence stacked on top of a defendant's sentence for a predicate crime the question in this case is whether david dubin committed aggravated identity theft when he put patient l's name and medicaid id number on a claim for reimbursement that the jury found was fraudulent not because it misrepresented patient l's identity but because it misrepresented the value of services performed or the date of service more broadly the question is whether defendant automatically commits aggravated identity theft every time he commits a fraud that involves someone else's name the answer is clearly no a defendant commits aggravated identity theft in connection with an underlying fraud only when part of that fraud involves misrepresenting or misappropriating someone else's identity in the healthcare context when the fraud is about the identity of the provider or of the patient as judge elrod suggested when the defendant misrepresents the who not the when or the why or the how much four features of the aggravated identity theft statute require it to be interpreted in this limited way first everyone agrees that the word use has multiple meanings but the only meaning that makes sense in this case is that the use of the word use should be instrumental to the fraud this is the same definition of use that the government argued to the supreme court in van buren a case with a similar interpretive issue here the fraud involved misrepresenting when services were performed or how much they were worth not misrepresenting or misappropriating patient l's identity the use was incidental not instrumental second this conclusion is especially apparent when additional when additional statutory context the during and in relation to language is considered this language confirms that the use of the identity and the underlying fraud must be meaningfully connected that connection is present when the underlying fraud itself involves misrepresenting someone's identity but it's not present when the defendant lies about something else entirely and just happens to say or write someone else's name in the process the healthcare cases cited by both sides track this distinction third the defendant must use another person's identity without lawful authority this language means what it says the use must be without authority that is lawfully given the government reads the phrase without lawful authority to mean unlawfully used but that definition would be satisfied virtually every time a predicate crime is committed and the whole point of the aggravated identity theft statute is to provide additional mandatory punishment only for a subset of those predicate crimes that are committed in a particularly egregious manner fourth the crime is called aggravated identity theft the important point here is a common sense one a crime called aggravated identity theft should look like identity the government's alternative construction by contrast conflicts with basic principles of statutory interpretation the government's core position in this case is that the court is that the court should isolate the word use and then give that single word its broadest possible dictionary definition one dictionary definition of the word use is to employ and with that definition an aggravated identity theft conviction becomes automatic for anyone who commits health fraud tax fraud immigration fraud or any other type of fraud that involves writing or saying someone else's name but that untenable result follows only if the word use is read in a vacuum that's not how courts construe statutes and that's not how this court should construe the aggravated identity theft statute the court should reverse on count 25 and remand for resentencing and i'd now like to waive the rest of my uninterrupted time and address any questions that the court might have mr zero this is judge higginson good morning um good morning i i have just two threshold questions based on the 28 j's that were submitted to us um and i think these are both yes no answers but tell me if they're not um was the 1028 use instruction that was given to this jury a correct statement of law and if you're if it was if it wasn't wouldn't you face a mccray obstacle and the related question is if you prevail and this your argument to us to the full court is purely a sufficiency argument can the government still retry your client on the narrowed use theory okay so taking those in turn the first answer is yes i think the instructions were adequate in as much as they merely parroted the statute it's not a mccray situation where the instruction given was directly contrary to the sufficiency argument being advanced and on this point i'd like to make one observation uh the government chided us in its opposition brief for advancing a definition of without lawful authority that looked like permission but the instructions here actually use the word permission to describe without lawful authority so if there's a mccray issue or a waiver issue i actually think that would be the government's problem not ours and then the second question is about i believe the remedy and i think the remedy would be a judgment of acquittal the only universe in which uh it wouldn't be a judgment of acquittal is if the court held that the government's illusory benefits theory was legally viable factually supported and then then the case would have to be remanded i suppose potentially for retrial on that issue and the only reason i say potentially is because i think the government would have a statute of limitations problem because it would be required my only follow-up is you know that at sentencing when this was argued the primary argument for your client was yes we want to retrial but now i think the logic of your position that this is a preserved rule 29 classic sufficiency this court is actually as a full court just reassessing sufficiency it would mean what you're saying he couldn't be retried that that's difficult for the government when the government and you your client agreed to a broader theory of use they had no go ahead your honor i think actually at sentencing um dubin's counsel asked for judgment of acquittal and it was both a use and during and in relation to our you know i'm just gonna have to disagree i read that very closely for the first five six minutes he was saying yes we want retrial and then it became maybe it would require a vacating but the primary argument to the district court was we just we can both the record stands for itself and that's probably not relevant to the full court's decision here right so either way i think the important point here is that the court needs to adopt a definition or a construction of the aggravated identity theft statute that reads the statute as a contextual hole and that gives all the words and phrases within the statute meaning uh where possible and i think immediately this is where the government's position runs into trouble um there's obviously that the issue with the word use subsuming the transfer in the statute but i actually would like to start um talking about yates i think yates is a great case just for what this what type of analysis the court should be performing so in yates there was only one dictionary definition at issue and that was the one that the government was advancing and the supreme court said even with that dictionary definition supporting the government's interpretation we're only going to read this criminal statute to create a vast expansion of criminal federal criminal liability if that dictionary definition is compelled but in this case there's actually multiple dictionary definitions of the word use one of which the government is advancing to the supreme court right now in the van buren case that supports our position and this is page 38 of the van the government's van buren brief but they say that the term use is best understood to require that and this is in the context of violators authorized access be instrumental to acquiring the information and if that was the definition of use and i don't think the court should be reading use just by dictionary definitions but if that was the definition of use that this court adopted then i believe david dubin would have to be acquitted um but this is a case where there's multiple dictionary definitions supporting judge cost i have a question i'm trying to figure out where you're drawing the line between a permissible 1028a prosecution and an impermissible one let me give you two hypotheticals tell me if they're aggravated identity theft sure one i go to a restaurant pay with a credit card and the owner adds a hundred dollar bottle of wine to my tab and assume if there's fraudulent intent it's a wire fraud predicate offense that's hypo one they add a hundred dollars to my tab when they enter my credit card information hypo two is they give me the correct charge that evening i go to the restaurant but then the next night they i don't even show up at the restaurant and they run my credit card number through again and charge me for another meal when i'm not there ag id for either of those so the second one is certainly aggravated identity theft under the definition we're advancing the first one i think gets the issue is what constitutes a transaction fabricated from whole cloth that's the the line that the cases draw um judge elrod's concurrence also judge sutton's opinion michael and i think to answer your question directly judge costa no that's not aggravated identity theft but even if you think adding the bottle of wine so maybe charging for a separate service is aggravated identity theft that's not this case because the only service that was billed in this case was the service that was actually performed so this case is just like i suppose one of those cases where uh to take the overcharging merchant example from the sixth circuit a hundred dollars was added to the bill when the value the value of the service was only 50 something like that where it's just an overcharge so what but why is it ag id theft then if they charge me the night i'm not there is it all about permission is it all about whether i'm authorizing them for that transaction to use my identifying information so i think it's about two things one is about permission and you didn't give permission to bill multiple times you gave permission to bill in the context of the one meal that you had and second when you fabricate a transaction from whole cloth part of the fraud is misrepresenting who is involved in the transaction and when you misrepresent who is involved in the transaction you've used that person's identity in connection with the fraud so i think it gets at at multiple sort of uh different parts of the statute and that's exactly where the cases have drawn the line this is my last comment why it's a hard line for me to see is aren't you misrepresenting that i had a bottle of wine the first the night i was actually there so you are it is a misrepresentation that you had a bottle of wine but i don't think the misrepresentation about your identity is used in connection with the fraud who you are as a person is not instrumental to the fraud and i think that's the reason why but even if you had a difficult line drawing problem in that case even if you thought that was aggravated identity theft this case is different because there was only one service performed and one service billed and it was the same service so you know the question was who who performed it and what they authorized performing at that level to me the cases there are a lot of cases out there that the briefs did not cite and it i have a very difficult time separating without lawful authority from use because lots of cases talk about there was initial authority to use the identity but it was it did not extend to the use that was actually the crime i have a difficult time making that the distinction that you're making so i do think uh judge owen that you have to read use in light of without lawful authority i think you're right that the cases there's a lot of cases out there and they're they are arising different factual contexts and arguably come at different ways but if there's a pattern among these cases it's the pattern that judge sutton and judge elrod drew about fabricating transactions from whole cloth and i think if if the issue here is is a line drawing one again i don't think the cases have had a have difficulty drawing the line i would direct um i would in response to judge costas question i'd direct the court to the hong case that sort of looks like your bottle of wine example that's a ninth circuit case and it was no aggravated identity theft but the government's construction especially the illusory benefits theory has i think much worse line drawing problems i'm not quite sure how one distinguishes between an illusory benefit or a non-illusory benefit what a jury instruction looks like in that context and i'll note coming back to judge higginson's question there was no illusory benefits jury instruction in this case but so that's one problem the government's alternative theory has much worse line drawing issues the government's other construction i suppose avoids some line drawing problems but the but at the expense of greatly expanding the scope of 1028a such that any time there's a predicate fraud that involves someone else's name no matter what the underlying the relationship between the underlying fraud and the name there's aggravated identity theft so all the cases see that this is a major problem and that's why they adopt limiting constructions and the supreme court in a host of a statute that creates that kind of vast sweeping expansion of federal criminal liability only when it's absolutely compelled by the statute and i don't think that's the case here because there's at least four statute statutory clues that require different constructions one is the definition of the word use that the government's advancing in van buren i think that supports us two is the during and in relation to language i think that also supports us three is the common sense idea that a statute called aggravated identity theft should look something like aggravated identity theft and i want to be really clear here i don't think it actually has to involve theft if it if it had to involve theft i think congress would have said it the statutory text is broader than theft but it's not so broad that it encompasses every single act of uh predicate fraud that involves someone else's name no matter how incidental and the fourth is the without lawful authority thing and i think going back to joe and just to your question i don't think you can separate out each of these individual bits and pieces of the statute and construe them separately and just look them up in a dictionary and see well use the first definition of use is to employ and therefore it's satisfied here i don't think that's a fair construction of the statute council you resist the government's definition as employ what is the definition of use that you want us to adopt for this issue right so two points the first is i think the analysis is not quite as simple as adopting a dictionary definition the word has to be read in the full statutory context but if the court were to pick a dictionary definition the dictionary definition would be the one that the government advances in van buren and that's integral to you the use must be integral to the end and that's the government like that sounds like a commentary on the in relation to as opposed to use so the government is citing there that is a definition of use from webster's third international dictionary and the oxford english dictionary it's perhaps not the first definition but it's down the list but i i think that definition of use is actually supported by the during and in relation to language so i think the government's argument in van buren supports our argument here even if the court were to adopt a dictionary but what about the smith case united states versus smith that says in relation to has a very expansive meaning it does say in relation to as a very expansive meaning um two points on smith the first point is the verbs in smith are different so this is just talking about use and not during in relation to for the moment smith the smith statute involved use or carry and i believe it was bailey they read they didn't subsume carry but in this case we have use and transfer and possess so it's different verbs and therefore use has to take on a different meaning because the government's construction of use subsumes transfer we we explain that in our brief um in this in this regard i'd also point the court to section 1029 that's the statute after section 1028a it's got a very similar construction but it says use possess and uh traffic and the government's definition of use would also subsume traffic but that's the first one is to read news as instrumental to the underlying health care fraud that that's the dictionary definition that we think is correct here my question is isn't isn't the means of identification here instrumental to the underlying health care fraud in other words without it it couldn't happen so it is a but for cause without it it could not happen but i don't think it's instrumental to the fraud in as much as the underlying fraud does not involve misrepresenting or misappropriating somebody's name and again mr zero if uh a but for connection is sufficient use is there any there's almost no health care fraud uh that is excluded from from this uh aggravating penalty correct that's that's correct unless you performed health care services on yourself and submitted those to medicaid or medicare every single predicate act of health care fraud would be aggravated identity theft that would also be true for tax preparers who claimed bogus deductions that would be true for immigration attorneys who lie on immigration forms and even the cases cited by the government i'll point the court to michael and to got was that was a circuit case say that for example a tax preparer who claims a bogus deduction on someone's behalf has not committed aggravated identity theft even though that person has put the the another person's name down on the form that can't be aggravated identity theft even under the cases that the government is citing so the question can you address uh the spears case and the approach the judge easterbrook takes it deals with beyond the scope of permission which is a different way of trying to skin this cat yes judge elrod um it is a different way of getting to the same same end result and you see that actually in the ninth circuit case um judge friedland's concurrent says essentially this construction of use during and in relation to and also without lawful authority are ending up at the same place and i i see my time is running out may i answer the question in full yes thank you ultimately what courts are struggling with is the government's construction of the statute gives rise to a sweeping expansion of criminal liability in every circumstance in which someone else's name is spoken or written during a fraud and so there's multiple different statutory levers that all sort of pull in the same direction and so i think this is just like one of those supreme court cases where the supreme court says unless this overbroad construction is absolutely required by the text the court has to adopt a narrow definition and i think that's what the court should do here all right thank you i'm going to gentlemen well does it matter what the use is whether the use is broad or narrow if it's not beyond the scope of permission no it doesn't if if you don't have to quibble on the use definition then if if you could use even the use definition used by the majority you could if you find that it is that the use here was with lawful authority then you would also have to enter a judgment of acquittal okay thank you counsel thank you your honor may it please the court my name is daniel alonso i represent the national association of criminal defense lawyers as amicus uh the nacdl is here today because of its continuing and serious concern about over criminalization in the federal system and we just think this case is just the latest example of the government's expansive reading of expansive statutes that were passed at its instance with language that unless you consider it in context will lead to expansive interpretations of federal jurisdiction that were never intended by congress or even by doj itself right i mean when doj talks about uh talked about this statute at the time of its passing and even today um it talks about sort of very narrow concepts of identity theft and then we have broad applications like that today and like that of uh we've seen in some of the other cases and we have the same concern that was expressed by the appellants council that the government's expansive reading uh would turn essentially all garden variety frauds into identity theft cases that require a mandatory additional two years uh in prison so obviously we have we have seen in recent years uh that the supreme court has tried to put a stop to this in a variety of contexts in yates mcdonnell kelly bond marinello these are our recent examples where this kind of thing keeps happening so as we turn to you know the application of that problem in the context of 1028a we have the problem the statute as passed is all about identity theft and this is not that this is a health care fraud case it's a health care fraud case in the hundreds of dollars which in had it been prosecuted in texas state alonzo yes sir i just your time short i'd be very interested in the nacdl's view of the procedural posture allowing us to get at defining the scope of 1028 here in other words if it isn't if the objection wasn't made pre-trial allowing the government to appeal a dismissal wasn't then made in the specific rule 29 motion was not made in the rule 30 instructional motion do you agree with co-counsel that by allowing a defendant to bring it up at sentencing through a motion to reconsider that means the government cannot retry do you agree with that if this is a sufficiency yes you do yeah this is and you think that's the rule of law for all defendants going forward if they can get a district judge to entertain a new legal theory or an untimely sufficiency theory then on that new theory drawn from another circuit there's no way for the government or the district to correct right now i'd like to limit that to this case but yes i do think that the sufficiency issue was raised i also think it goes beyond that right the government's saying that the uh appellant can't talk about the phrase without lawful authority because they didn't specifically challenge that i think it goes back to the question of context right the the question before this en banc court is to interpret the word use but you of course like do you know our our authority on banc authority herrera if you make a specific rule 29 and this one was 10 20 pages long but you don't make the argument you make later you are subject to plain error review judge a plain error review i don't think really hurts the appellant in this case in any event but i'm not asking whether it hurts him do you agree with me that law compels your plain error review judge i'm not i'm not familiar with the ins and outs of your precedent enough to tell you that so but but but i do think the plain error review this is statutory interpretation you are uh interpreting this statute de novo in any event and so you have to you know the the task before the court is to decide what use means without lawful authority is part of the context of what use means here um so i do think you have the textual basis uh from this statute to uh to the definition we would uh put on this because it's supported both by the concept of without lawful authority um and the much narrower reading of use that the ninth circuit the first circuit and the sixth circuit have put forward because you don't want to render mr alonso if plain error review applies the error would have to be a plane under the second prong but you're telling us it's a race nova issue so the error could not have been playing the error here if the statute if the statute says what the appellant says it says and what we are urging um the court um then the error i believe could be could be plain i don't think i don't think they are um you know they are defeated simply by uh by forfeiture because of plain error review because you are reviewing the and to do that you you look at the context and here you've got textual basis uh see my time is up may i complete my answer um you've got the textual basis which is the fact the reason the fact that use cannot have an expansive meaning like the government says because transfer would otherwise be superfluous and then without lawful authority is what gives play to what congress's intent and errors are playing uh judge i'm not prepared to go that far mr alonso at oral argument i believe dubin's council conceded that the use was without lawful authority are you familiar with that at oral argument are you saying in the district court or in the um before our court before the that the use was without lawful authority right and we don't we do not agree with that your honor we we believe that wait your council conceded that you can't say you disagree with it dubin's first council we're now on council number three uh in this case they switch with every level of this appeal but the council at oral argument to our panel conceded the use was without lawful authority that's binding your honor respectfully the nacdl believes that without lawful authority has to have some meaning and it can't just mean that it's being used in a crime because by definition every single use here is going to be used in a crime so without lawful authority under that reading would be completely rendered superfluous we believe without lawful authority means that there's a victim of identity theft i see my time is up thank you i am miss inglehart would you add three minutes to the government it is the court elizabeth barringer from the western district of texas on behalf of the united states this case involves the straightforward application of legal terms with plain and to the verdict david dubin's conduct in this case falls squarely within the plain meaning of the statute dubin used patient l's identity information or his pii when he submitted a fraudulent claim for services that he did not provide to resolve this case this court does not need to adopt a maximalist interpretation of the statute nor does it need to create a split from the other circuits and actually this case is not really that great a vehicle to make a far-reaching pronouncement about the outer edges and contours of 1028a and there's and that's true for two reasons the first is that there's no strong textual hook for the proposed carve out when i am listening to what the defendant is proposing it's when the predicate fraud involves misappropriating identity and that goes to the nature of the fraud it doesn't go to the plain meaning of the term use and the second reason that this case is not really a great vehicle is that even under the defendant's proposed interpretation the evidence was sufficient in this case under every circuit's interpretation of the statute using a patient's pii to make a false claim for services that the providers does not provide is aggravated identity theft the defendant filed a false claim for a fictitious appointment for services that were not provided and and also this is plain misappropriation i think as judge costa's question suggests using identity information like a credit card to access and insured benefits that's that's by conversion that's misappropriation under any definition of difficult cases raised by both the amicus and the defendant and the other circuits in a different case in which that case is presented squarely and not really this case in the way that it has arisen and i'm happy let me let me ask you uh am i correct of the two minutes is what you reserved i think we just passed that uh we have a statute that incorporates uh 11 different felonies um all of which would have this same definition applied to it heard some from mr zorro about how he thinks this affects some of the others a concern we need to have is however we define use for purposes of health care for all us to the extent the crimes themselves don't force a different definition those also have to apply to the other crimes as well the other felony offenses does that have you thought through that at all does any of that does the definitions uh being proposed here have uh particular effects on the other felony offenses that are maybe even clearer than their effects here and i agree that that concern that if we create sort of a carved out exception for provider payment fraud that will definitely have a ripple effect to other cases that are not presented here for instance there are cases in identity fraud that deal with immigration attorneys filing hundreds of repeated asylum cases and if we have this sort of carve out for services versus non-services like how would we ever do that this the variety of misconduct that happens in these fraud statutes is just extremely wide we can't even think of the on the kind of fraud you commit whether you need to commit this kind of fraud or this kind of fraud that's not what the statute's targeting the statute's targeting the use of the pii in relation to the fraud it sort of operates as judge sutton recognized in michael as a sentencing enhancement statute can i just pick up on that counsel i don't mean to interrupt but but this case is about whether the the use of the means of identification was in relation to a specific statute right 1347 is the one that i see is that right health care fraud 13 yeah yes your honor health care fraud or health care fraud conspiracy i understand but the conspiracy is parasitic on 1347 so 1347a2 says you commit the crime by obtaining by means of false or fraudulent pretenses representations or promises any of the money in a health care program right that's that's what it says so my false or fraudulent representations here that underline the health care fraud does it and specifically does it have to do with the means of identification or does it have to do with something else well the means of identification is only relevant to the extent that i can think of in the 1028 context the fraud itself the underlying fraud the underlying fraud itself was based on several misrepresentations one the purely fictitious date no services were provided in may second that these services were not provided by a a licensed psychologist as they were claimed three that there was overbilling happening um that he billed for three instead of two and a half hours so that and then that there was no testing provided that was the government's theory charged in the indictment and argued a closing argument okay so that's my understanding too so none of those have any none of those involve misrepresentations about the means of identification so is that a problem for applying 1028a well the statute doesn't look to what the specifics of the fraud were that would be it says it has to be in in relation to the underlying fraud yes in relation to so just to address that nexus first i mean i can't go talk about the nexus without saying that this is the first time that we're dealing with the nexus on bonk review it was waived before the panel it wasn't raised below other than in the motion to reconsider so that issue a challenge to the sufficiency of the nexus element has been waived there was even a question oral argument judge ho says what's your textual hook for your argument is it use and defense counsel says that's certainly that i'm i don't want to take it out of context it says absolutely that's my um i'm only challenging element one so we were miss beringer we're interpreting the statute so as the court we can interpret it as we think best i i completely agree with you there is not a waiver well i respectfully disagree with that in the context of a sufficiency challenge when someone under herrera only challenges a specific element that is the element that they're raising on appeal they don't just get to say well because i raised one specific element i'm challenged the entire statute but i mean we can respectfully disagree on that issue oh miss berenger on that issue if in fact our court were to allow them to bring up a new legal theory do you agree with defense counsel both defense counsel that you would not be able to retry them on the theory that they've come up with after verdict and jeopardy have attached i agree therefore could bring up a totally new theory from another circuit after jeopardy is attached and you would not be able to retry do you agree that's logic i agree so that that makes me very baffled why you didn't object at sentencing now that's the heat of the moment maybe but it was a motion to reconsider and then especially the government is rule 52 non-jurisdictional as a procedural default rule one that the government can waive yes or no the government cannot waive or concede the standard of review i i don't think that so the everheart issue is whether the defendant can raise that sort of um motion when there's an and it doesn't necessarily determine what the standard of review is for that claim so the best i can say is that is an unanswered question i couldn't find any precedent that directly addresses that point after ever heard thank you well in everheart the obviously there is a rule 33 motion it's untimely but there is a motion whereas here there as i understand it there's no rule 29 motion on this ground so i guess my question is is the government aware of a case where a criminal federal criminal defendant received a judgment of acquittal without ever moving under rule 29 on that ground to be fair to the defendant my interpretation of that motion to reconsider would be a rule a motion to reconsider the rule 29 so i don't know if you can i don't know if you can raise a rule 20 an untimely rule 29 in a motion to reconsider that's an open question um i don't know the answer i'm sorry what i'm sorry i didn't mean to interrupt no i i just think that that's these are sort of uncharted territories i could not find cases that are directly point i found cases post carlisle but not post everheart so that sort of makes it difficult because oh i don't mean to interrupt i'll ask you go ahead judge jones well miss berenger i know for a fact because i wrote an opinion on this but in the civil context a district court has latitude to con to in a reconsideration motion the district court has discretion to take up an additional issue it most of the time they choose not to do it obviously the district court here was very concerned because the discussion of this issue went on for multiple pages of the transcript i do not see how anyone can legitimately argue this is not before us i i also think that the fact that this is not being raised to the en banc um weighs in favor in this case maybe not in other cases of the fact of applying de novo review um but regardless of the standard of review here i do want to address the nexus element because even if it was it's a plain error even if it's weighed i do think it's important in this case to show that we know what that in relation to means because smith told us smith was interpreting a very similar statute 924c which has the same use and during and in relation to and it says it must have some purpose or effect with respect to the crime it cannot be the result of accident or coincidence it facilitates or has the potential to facilitate here the use of the pii was the very means by which the crime was committed it's um he was he couldn't use it without it i think as judge duncan noticed it's the mode of the health care fraud this both satisfies the test in smith and there's a great case from the sixth circuit um called mobiley that is sort of talking about bank fraud and the use of social security information to commit the fraud and finds it satisfies the smith test um i do want to address that both the amicus you get to that before you get to your next point i want to circle back to whether the issue was raised properly as i read the record it was not raised at the close of the government's case in chief uh after dubin both dubin's testified and put on other evidence it was not raised at the close of dubin's case other than they said we re-adopt what we said at the close close of government's case which was insufficient it was not raised in the motion for new trial filed 14 days after trial ended it was first raised in a motion to reconsider 10 months after trial is that your understanding of the record uh yes six months after trial yes the use theory was not raised until a motion to reconsider when the point wasn't even raised in the in whatever's supposed to be reconsidered it was a brand new point is that correct yes your honor thank you um and i just want to address the little um incidental language that keeps popping up that first came out in a case called gatwist it was a government's response during oral argument where the government agreed that it must be more than incidental to the crime but that is just a very imprecise term that is not consistent with smith um incidental i think is getting confused with coincidental and coincidental of course means by chance and incidental means small and i think it's sort of confusing like a gravamen of the crime or like a proximate cause element with what is really a very broad connection um in smith go ahead sorry i wanted to follow up um on judge south's question about other context and the the defense counsel's context that if a tax provider used the id to give you an extra benefit that wouldn't be um identity aggravated identity can you um why isn't that similar um and how does your definition not bleed into that and cause a conflict there and then my second question is is it true that in the first and the sixth and the ninth circuits at least the outcome here would be different okay to to sort of adopt and then don't don't let me forget about that second question judge all right because i think it i i i may get off track here but um as far as the tax preparer ones i do think that it would be a tough case but if someone claims a deduction and they use pii and during in relation to a fraud without lawful authority um if that tax preparer situation fit within the plain meaning of the statute i would have to say yes the evidence would be sufficient but that is a very different question from prosecutorial discretion should that case be brought uh no i would not want to defend that case and um but that's not what we're we're evaluating here is whether a prosecutor should or should not bring a case under a statute it's whether the evidence was sufficient under the statute and so um and i i just want to say like we're thinking of this sort of individual taxpayer you know tax preparer this poor taxpayer who gets charged with federal charges and a two-year mandatory minimum but the kinds of cases and that arise in the tax context are these surf cases i don't know if any of you have encountered these they're these stolen identity refund fraud cases where there's these massive criminal organizations and they go into like prisons and convalescent hospitals and they have willing participants that they sell drugs for people's identity information and they just file these massive fraud and tax refunds and you know what every single one of those indictments has a um a case um during sort of a cursory search of someone challenging the sufficiency of that case they it's so um uncontroversial to charge that tax preparer with with the 1028 charge if you go on the irs website they list like a hundred cases where they have i mean i might be exaggerating here the scores of cases where this has happened so i think when we think um whenever we think about these hypotheticals and that is why this case is not really a great vehicle for determining the outer edges of the the statute we need to wait for a case where there's the tax preparer and just really see what's going on like what is happening in that case because erringer i don't think i've heard any member of this court question the uh uh the cognizability of uh 1028 in that on your part well um there there are surf cases out there so um another instance is um you know attacking this was a trap in the the same argument was sort of raised in the context of muscarello it's sort of a related point where that's the case that's um justice brier writing for the court is addressing the carry versus use of the firearm statute that when we start making these broad carve-out exceptions based on the case before us you know are we really going to import a uh carry on the carry on the person requirement when we're thinking of a small arms case well what about the case where someone has like a bazooka and they can't possibly carry it on themselves like it's hard to address and carve out these exceptions like judge southwick was pointing at that these sometimes impact cases like wed or they impact wire fraud in cases that we don't really anticipate when we sort of add these non-textual carve-outs to the statute and i do want to first six the ninth circuits and since i'm re-asking the question i'm going to ask you to also address judge easterbrook's approach and spheres okay well i'm not sure well let me let me first get to the first second um the first under all of those circuits this conviction would stand and the reason is is that the defendant filed a false claim for services that he never provided it can be distinguished from a case like um especially i think hong and um michael especially because those are not the latest statement that were made by the test didn't he got the the gentleman good patient l got the the it just got he got it a different time and he got it by a different provider but he got the test at least part of the test that question seems to go to whether there was a health care fraud at all and not whether there was a 1028 conviction whether the sufficiency i just i thought your question was going to say he didn't get the services and he and i thought it's pretty clear he did get the services it's just the date and the provider of the service that are at issue so i'm sorry go ahead and answer your question i'm sorry i interrupted you go ahead um well you didn't interrupt me i'm sorry i maybe was not addressing your question directly and i want to um the the question about um the services that were provided in this case so the government's position is that there were no services provided they billed for a purely fictitious appointment that never occurred there was no appointment in was no services provided by a licensed psychologist now i know judge elrod your question sort of gets at the heart of hey they they did provide this lpa he kind of did something where he did an evaluation so doesn't that count and i think that question goes to the sufficiency of the health care fraud not the use of the pii in connection with that fraud but i also want to address that point because i don't believe that these facts have been fully put forth and that there was no medicare eligible testing that occurred in this case even though um an lpa can provide services at a lower rate they cannot provide them under the circumstances that happen in this case one medicaid requires that the lpa be an employee of the organization two they have to be directly supervised by a licensed psychologist which means the licensed psychologist is in the to show that neither of those two requirements were met in this case and it's not just a mere technicality like why is medicaid doing this why are they making these crazy requirements these rules serve as a proxy to make sure that the indigent children who are covered by medicaid get a certain level and minimum level of service like we this is not like hong or um medlock where you're just like you know a teenager could drive somebody to the hospital or somebody could provide a massage this is an opinion about someone's mental state i mean this is a serious service you don't want like a medical student performing a heart surgery you don't want an unlicensed person performing these kinds of services so i do think that um the government's position that there were no services are provided is um first for there no being appointment and second because what was provided was not really what was being provided to the child but even if we dig deeper into that there were no services being provided here they were abandoned before they were performed i mean there's just so much in the in the in the scope of where you go down the thread of what was provided here miss barringer yeah can i ask you this so 1028a as i understand it is supposed to add some culpability it adds a mandatory two years right to the underlying health care fraud so i take that to mean it's supposed to add something so my one concern i have is when i say 1347 tell me how you can commit a 1347 a2 health care fraud without always committing a 1028a means of identification misuse so under the textual approach taken by the panel there if you use someone's pii and you have to then all of those cases are going to be aggravated it doesn't mean all health care fraud of course that's my question not start with 1347 tell me how someone violates 1347a2 and not commit a 1028a misuse of means of identification i believe that they would violate the plain text of the statute if in every case i might mean like a i'm talking about the provider payment context i'm really sorry i do not have my statute book it's one of the many things um covering my desk right now i'm sorry didn't you in fact argue to the jury precisely that every um use of a person's identity is equivalent to a violation of this uh statute well that's not exactly what we argued i direct the court's attention to paraphrasing the the court the the prosecutor also did argue that had to facilitate the fraud which i think is an important distinction but the government's not wrong here when the way that you commit your fraudulent crime is to use someone's means of identification that falls within the sentencing statute i mean what else can there to say what about a situation where the patient is complicit like a kickback type scenario yeah the courts have found that a willing patient is is not an exception it still falls within the meaning of without lawful authority but again the court does not need to address that particular issue because there's no evidence that i mean there this this was not a willing participant so i understand that being a case for a future case where that might be an issue um and that might be a different a separate question but i do think that the courts have approved of these um willing participant cases i mean it's a broad statute and i i'm not gonna i don't disagree this is a broad statute i wonder i wonder if the problem here is just without lawful authority should be and maybe i'm just totally wrong about this without lawful authority presumably means without the uh permission of the person and so maybe those cases are wrong but the panel basically got it right well i think that that reading judge ho is consistent with my mood i i don't think that i think that's what the court found in my mood so i think that's what our circuit said i don't think that our circuit has really been confronted with sort of the willing participant predicament yet i haven't seen it another way in which i disagree with that i sat on a health care fraud case a few years ago where there was a uh a clinic in houston that was busing in people at the rate of a hundred sort of like illegal immigrants a rate of a hundred a day or more and purporting to examine them and claiming medicare for every one of them and uh they were paying them money while they bused them and guess what we all held they were liable now i i personally think that that would have also involved aggregated aggravated identity theft because of course the services provided were a joke it was all uh you know fraud from beginning to end that's consistent with the second circuit's decision in dimitri there was an asylum lawyer that was sort of recycling these asylum narratives and they affirmed the 1028 conviction in that case judge duncan i'm not sure if i thoroughly answered the question i mean not really i mean if you're a 1347 a2 health care fraud they also commit aggravated identity theft okay um that that doesn't i mean that's a problem i think for your interpretation of the statute if that is in fact the case i again i i apologize that i i am only talking about provider payment and so if there's a situation that i'm not thinking in a2 um then then that would not qualify so if this is a provider payment like making a false claim is what i'm talking about um is it the use of the means of identification in during in relation to the fraud that that's the plain meaning i don't know what other answer to give you other than that's what congress has decided and is it broad yes it's broad but if the patient is if the patient is totally complicit i mean i i've never heard of an id theft case where the person's id is willingly given over that's not actually there are cases where that where defendants have bought a passport for example there are several cases where they're the the person gave their identity and it was still held to be an aggravated theft violation maybe that i'm wrong that just that sounds weird to me i i do think that the willing i'm sorry go ahead i i just said that the willing participant cases is really i haven't seen us confronted in the 1028 context in the health care fraud um context in this circuit yet it um and i haven't really seen health care fraud willing participant cases that i can think of off the top of my head so usually the what judge owen is saying is it's usually in the context of people giving identity documents um immigration documents is is where that comes up right and i think we had all these different contexts in our circuit um and already but um but um what do you do we still haven't talked about uh did he use on the scope of the permission which is the question that judge Easterbrook asked in the Spears case you speak you who does not consent to the use of the means of identification that's how he phrases it he talks about use beyond the scope of the permission and that's how he distinguishes um the situation and i've asked you to discuss that case and i wish you could and also can you discuss the government's take in Van Buren and whether the government has a is taking inconsistent positions well first i can't speak to the government's position in Van Buren i'm not familiar with it enough to do that so i apologize for that but as far as the the interpretation that the that the serpent that Spears took of another person you know no one has really joined that and i think that that opinion is sort of limited to it's sort of and the the PII that was being transferred is it's being transferred back to the person who those are their identity documents so it's sort of an unusual opinion and i think people cite the language of it but even that court has not really continued to go with that theory over time um but i i think what you're getting at judge Elrod is beyond the scope of permission i think that's i think that's fifth case the evidence um a reasonable construction of the evidence is that the patient l did not give permission for these services so i don't really think that that's um the issue that's present in this case um let's make sure i've covered some of the points i want to make i did want to talk about the congressional purpose of the statute just for a second in case anybody wants to interrupt with other questions um that's fine the the that this crime does fall within the congressional the purpose of the statute and i we were talking about you know the breadth of this statute it's not a breath that's present here but the the statutes addressed it's sort of the evils of people using PII to commit certain crimes and it adds a plus two when people use PII um and the court recognized that there's a sort of special harm that happens when people use PII this reputational harm to the victim that's like sort of tough to dial back once it's been cast and it enacted a broad statute with broad language to sort of address that harm and here the the harm to the to the victim patient l is the very same evil that is addressed by the statute um you know the defendant used this high-risk kids personal identity information to bill for services that were never provided to him never completed he never got an evaluation he was discharged from the facility by the time they were even charged to him and this kid had psychological problems and the crime the use of his PII exposed him to the very real risk that he would be denied future services because his benefits had been exhausted so this is the very type of statute unlike yates um where or or some of the other bond cases where they're just they're they're kind of sort of wildly beyond sort of what the what the statute was targeting and this all that makes sense and would not apply if the person were willing they wouldn't be a victim and they'd be a participant um i i can't let me answer judge duncan's question about is there a um again i can only speak to provider payment fraud i'm i'm worried that there's sort of something i'm missing um in that statute that would the government may not may not embrace this theory but it is a theory that may be responsible judge duncan whether whether the government likes it or not i i think that the cases have uniformly held that the willing participant um can still fall within the scope of the statute but again this court does not need to reach that question in this case so um i just make sure i address all the questions that have come up i apologize just a moment and if the court does not have any questions i would just like to reiterate that in some david dubin used a former patient's identity information to fraudulently get medicaid dollars this is heartland conduct under the statute and we asked the government would ask that the panel opinion actually be reinstated we feel like it's the best view of the law that applies to plain meaning um and and distinguishes out outside cases i see my time has expired i like to make four points one procedural one factual one legal and one practical so the procedural point in response to judge higginson's question if you look at the plain language of rule 52b it says that an issue needs to be brought to the court's attention these issues were brought to the district court's attention the government could have objected uh as untimely had they done so the issue would not have been considered at all but the government forfeited that argument under eberhardt in response i believe it was to judge park how can the government forfeit an argument when the argument being made is too late in the case because timeliness is non-jurisdictional and a nine a non a timeliness argument can be waived a non-jurisdiction requirements rule 29 about when a rule 29 motion is supposed to be made you're saying that as judge higginson pointed out under your theory you cannot make one at the close of government's case you cannot make one at the close of your evidence therefore not allowing the government to put on rebuttal evidence you cannot make one after the close of trial you can wait until right at sentencing and then raise a new point that's your argument isn't it so long as the government objects we can't do that that's what the eberhardt case says so long as the time limit seven days under a motion for new trial it's totally different from this case eberhardt says rule 29's time limits are non-jurisdictional and non-jurisdictional arguments can be waived uh can be waived uh judge barksdale in response to your question about uh argument at the panel i have two points one is the score is considering the statute as a whole the second is that particular argument was foreclosed by mamoud now the court is sitting so there's no precedent standing in the way to the factual point i'd like to make real testing services were provided in response to the government's exchange with judge duncan i think it's pretty clear that the underlying fraud here involved a misrepresentation about when or a misrepresentation about the value of the services but there was real testing that was done and only that testing was billed so the argument that this is just like those other cases where no service was provided is factually incorrect i think the record on that point speaks for itself this case is just like the first sixth and ninth circuit cases that judge al-arad was referencing there were real services provided to the procedural point sorry would we have to overrule my mood in this case so my mood is only about without lawful authority if you agree with you read it is not talking about use in connection with unlawful authorities it does not divorce the right i think i yes to answer your question directly yes i think my mood is not correct and not consistent with our interpretation or the interpretation of the first sixth ninth circuit and also with statements in the eighth circuit second circuit all of the cases we cited in our reply brief um the legal can i go back briefly to the procedural point sure specifically your notion that the government forfeited any forfeiture argument yeah does that interact with the principle that we can affirm for any basis available i don't think that's available in the criminal context it's not when there's a sufficiency challenge because there's a due process right and a jury trial right so if you're going to affirm at least on a ground that wasn't presented oh i thought the concern here was that there was no such motion but anyway i'll let you go thank you the to the legal point um we're not asking for a carve out from the statute i don't actually i don't fully understand the argument but i do think the government conceded in its argument in opposition that they're asking for an extremely broad construction of section 1028a and as i understand their response their response is well we're going to use our discretion um and not bring fringe cases and i think this is a fringe case just trust us we're not going to over prosecute section 1028a but that type of argument was expressly rejected by the supreme court in marinello there's just no question that that's not an argument available to the government and the fourth point and this is about the supreme court cases when a court is is considering a statute um like this one and the government is advancing a an extremely broad construction based only on the dictionary definitions in this case of one term one single term uh the supreme court cases all say this court should should adopt a narrower construction unless the government's reading is absolutely compelled by the statute and it's not compelled by the statute here on the contrary context all the things we've been talking about throughout require rejecting the government's interpretation and for that reason we'd ask the court to reverse and to remand for thank you counsel we have your arguments under submission the court will take a brief process between uh this